**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7379**

DARRYL HARROD,

            Plaintiff – Appellant,

      v.

DAN BAUMGARDNER; DEBBIE CESSNA; R. EICHELBURGER; H. R.
MICHAEL, Officer; ALLISON NARDI, Nurse,

            Defendants – Appellees,

      and

OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA

            Party-in-Interest.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Deborah K. Chasanow, District Judge.
(8:08-cv-03299-DKC)

Submitted:  October 15, 2009        Decided:  October 22, 2009

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Darryl Harrod, Appellant Pro Se.  Philip Melton Andrews, Katrina
J. Dennis, KRAMON & GRAHAM, PA, Baltimore, Maryland; Glenn
William Bell, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND,
Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darryl Harrod appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Harrod v. Baumgardner, No. 8:08-cv-03299-DKC (D. Md. filed July 14, 2009, entered July 15, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2